UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | CV 13-2891 DSF (PLAx) | Date | 4/30/13 |
|---|---|---|---|
| Title | Dolores Rivera v. Wells Fargo Bank, N.A. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order REMANDING Case to State Court

    This case was removed based on diversity jurisdiction, but Defendant has not established that the amount in controversy exceeds $75,000.  The complaint is silent as to the amount sought.  Defendant attempts to establish the amount in controversy by referring to damages awarded in allegedly similar cases, but provides no support for its assertion that the cited cases are comparable other than that they involved similar claims.  This is not sufficient.  This is a wrongful termination case.  The plaintiffs in the cited cases undoubtably varied in their salaries and in the severity of their treatment.  The Court has no way of knowing whether the Plaintiff here is in any way comparable to those plaintiffs.

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.